UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 07-10 |
| MORRIS VIRDEAN WARNER | SECTION "C" |

ORDER AND REASONS

IT IS ORDERED that the defendant's motion under 28 U.S.C. § 2255 is DISMISSED as premature. The defendant has filed a notice of appeal "[A] criminal defendant may not collaterally attack his conviction until it has been affirmed on appeal." *Fassler v. United States*, 858 F.2d 1016, 1019 (5th Cir. 1988).

New Orleans, Louisiana, this 1st day of July, 2009.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE